2015R00510/SFM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18- 142 (SDW) |
| | : | |
| v. | : | Hon. |
| | : | |
| REINALDO RODRIGUEZ, | : | **ENHANCED PENALTY** |
| a/k/a "Money," | : | **INFORMATION** |
| a/k/a "Mimo" | : | |

Pursuant to 21 U.S.C. § 851(a), the United States Attorney for the District of New Jersey charges:

1. That on or about June 7, 2011, defendant REINALDO RODRIGUEZ was convicted in the Superior Court of New Jersey, Passaic County, of felony drug offenses, namely third degree distribution and possession with intent to distribute a controlled dangerous substance within 1,000 feet of school property, in violation of N.J.S.A. 2C:35-7 and second degree distribution and possession with intent to distribute a controlled dangerous substance within 500 feet of a public housing facility, park, or building, based upon a plea of guilty, which are both crimes punishable by imprisonment exceeding one year under the laws of the State of New Jersey. Defendant REINALDO RODRIGUEZ was sentenced on or about August 5, 2011, to terms of 5 years' imprisonment for each offense, and the sentences ran concurrently.

2. That the conviction identified above became final prior to the participation of defendant REINALDO RODRIGUEZ in the commission of the offenses alleged in Counts One and Two of the Indictment in this case.

3. That, by virtue of the foregoing, defendant REINALDO RODRIGUEZ is subject to enhanced penalties pursuant to the provisions of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).

_____
CRAIG CARPENITO
United States Attorney