UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3509

_____

UNITED STATES OF AMERICA

v.

REINALDO RODRIGUEZ
a/k/a Killa a/k/a Memo,

Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D. N.J. No. 2-18-cr-00142-001)
District Judge: Honorable Susan D. Wigenton

_____

Submitted under Third Circuit LAR 34.1(a)
on September 25, 2020

Before:  AMBRO, PORTER and ROTH, Circuit Judges

_____

JUDGMENT

_____

This case came to be heard on the record from the United States District Court for

the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on

September 25, 2020. Upon consideration whereof, it is

ORDERED AND ADJUDGED by this Court that the judgment of the District Court

entered October 25, 2019, be and the same is hereby AFFIRMED.

All of the above in accordance with the Opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated: February 23, 2021